## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| Freyssinet, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:16-cv-2707-N |
| v. | § | |
| | § | |
| DYWIDAG-Systems International USA Inc., | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE REGARDING
## THE PARTIES' SETTLEMENT NEGOTIATIONS

Plaintiff Freyssinet, Inc. and Defendant DYWIDAG-Systems International USA Inc. (collectively, "the Parties") respectfully notify the Court of the following settlement developments:

1.      The parties have agreed on the terms of settlement of the case;

2.      The settlement documents have been drafted and are being circulated for signatures;

3.      The documents will not be signed, and therefore the settlement will not be concluded by, October 4, 2017, which is the last day of the stay currently in place; and

4.      The parties anticipate that the settlement documents will be signed, and a joint motion and agreed order of dismissal filed, within 10 days, or by October 14, 2017.

DATED:  October 4, 2017

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:  *s/ Dario A. Machleidt*
      W. Alan Wright (TX Bar Card No. 22062700)
      alan.wright@kilpatricktownsend.com
      2001 Ross Avenue, Suite 4400
      Dallas, TX 75201
      Telephone:    214-922-7100
      Facsimile:    214-922-7101

      Mitchell G. Stockwell (*pro hac vice*)
      mstockwell@kilpatricktownsend.com
      Vaibhav P. Kadaba (*pro hac vice*)
      wkadaba@kilpatricktownsend.com
      1100 Peachtree Street NE, Suite 2800
      Atlanta, GA  30309-4528
      Telephone:  404-815-6500
      Facsimile:   404-815-6555

      Dario A. Machleidt (*pro hac vice*)
      dmachleidt@kilpatricktownsend.com
      1420 Fifth Avenue, Suite 3700
      Seattle, WA 98101
      Telephone:    206-467-9600
      Facsimile:    206-623-6793

      *Attorneys for Plaintiff Freyssinet, Inc.*

DATED:  October 4, 2017

Respectfully submitted,

ANDREWS KURTH KENYON LLP

By:   *s/ Tonya M. Gray w/ permission*
Tonya M. Gray (Texas Bar No. 24012726)
tonyagray@andrewskurth.com
1717 Main Street, Ste. 3700
Dallas, TX 75201
Telephone:        214-659-4545
Facsimile:        214-659-4401

John R. Hutchins (*pro hac vice*)
johnhutchins@andrewskurth.com
John Murray (*pro hac vice*)
johnmurray@andrewskurth.com
1350 I Street, NW
Suite 1100
Washington, DC 20005
Telephone:        202-662-3038
Facsimile:        202-662-2739

**Attorneys for Defendant DYWIDAG-
Systems International USA Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on October 4, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*s/ Dario A. Machleidt*
Dario A. Machleidt

## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned certifies that counsel for Plaintiff Freyssinet, Inc. has conferred with counsel for Defendant DYWIDAG-Systems International USA Inc., and Defendant agrees with the information provided herein.

*s/ Dario Machleidt*
Dario Machleidt