IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Freyssinet, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:16-cv-2707-N |
| v. | § | |
| | § | |
| DYWIDAG-Systems International USA Inc., | § | |
| | § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Freyssinet, Inc. and Defendant DYWIDAG-Systems International USA Inc. hereby stipulate that this cause and all claims asserted herein be dismissed in their entirety with prejudice, with each party to bear its own costs.

DATED:  November 9, 2017

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ W. Alan Wright*
W. Alan Wright
Texas Bar No. 22062700
alan.wright@kilpatricktownsend.com
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone:   214-922-7100
Facsimile:   214-922-7101

Mitchell G. Stockwell (*pro hac vice*)
mstockwell@kilpatricktownsend.com
Vaibhav P. Kadaba (*pro hac vice*)
wkadaba@kilpatricktownsend.com
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
Telephone:  404-815-6500
Facsimile:   404-815-6555

Dario A. Machleidt (*pro hac vice*)
dmachleidt@kilpatricktownsend.com
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
Telephone:   206-467-9600
Facsimile:   206-623-6793

***Attorneys for Plaintiff Freyssinet, Inc.***

- 3 -

DATED:  November 9, 2017            Respectfully submitted,

ANDREWS KURTH KENYON LLP

By:  */s/ Tonya M. Gray*
      Tonya M. Gray
      Texas Bar No. 24012726
      tonyagray@andrewskurth.com
      1717 Main Street, Suite 3700
      Dallas, TX 75201
      Telephone:    214-659-4545
      Facsimile:    214-659-4401

      John R. Hutchins (*pro hac vice*)
      johnhutchins@andrewskurth.com
      John Murray (*pro hac vice*)
      johnmurray@andrewskurth.com
      1350 I Street, NW
      Suite 1100
      Washington, DC 20005
      Telephone:    202-662-3038
      Facsimile:    202-662-2739

      ***Attorneys for Defendant DYWIDAG-Systems International USA Inc.***

## **CERTIFICATE OF SERVICE**

      I certify that, on November 9, 2017, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ W. Alan Wright*
                                            W. Alan Wright